# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| 360 DESTINATION GROUP FLORIDA, a Florida limited liability company,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>360 DG, LLC, a California limited liability company; TREVOR HANKS, an individual; SHELLY (MICHEL) ARCHER, an individual; LEIGH ANN KROHMER, an individual; and DOES 1 to 40, inclusive,<br><br>　　　　Defendants. | Case No.: 8:21−cv−02114 JVS (DFMx)<br><br>*Assigned to:*<br>*Hon. James V. Selna – Courtroom 10C*<br><br>**ORDER APPROVING AGREED PROTECTIVE ORDER REGARDING DISCLOSURE AND USE OF DISCOVERY MATERIALS**<br><br>*Trial Date:　June 6, 2023*<br><br>*Complaint filed: December 23, 2021* |
| 360 DG, LLC, a California limited liability company,<br><br>　　　　Counter-Claimant/ Defendant,<br><br>　　vs.<br><br>360 DESTINATION GROUP FLORIDA, LLC, a Florida limited liability company; ETHOS EVENT COLLECTIVE, LLC, a Florida limited liability company; JOSEPH FIJOL, an individual,<br><br>　　　　Counter-Defendants. | |

1       **FOR GOOD CAUSE APPEARING**, the Agreed Protective Order Regarding
2 Disclosure And Use Of Discovery Materials filed November 3, 2022, is approved and
3 is the Order of this Court.
      **IT IS SO ORDERED:**

By: _____
**HON. DOUGLAS F. MCCORMICK**
**United States Magistrate Judge**
**Central District of California**