UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:21-cv-02114-SPG-DFM | Date | October 2, 2024 |
| Title | 360 DESTINATION GROUP FLORIDA, LLC v. 360 DG, LLC, *et al.* | | |

| Present: The Honorable | SHERILYN PEACE GARNETT  UNITED STATES DISTRICT JUDGE |
|---|---|

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** (IN CHAMBERS) SCHEDULING NOTICE AND ORDER

On September 26, 2024, Plaintiff 360 Destination Group Florida and Counterclaim Defendants Ethos Event Collective, LLC and Joseph Fijol filed a Joint Stipulation for Settlement. (ECF No. 149 ("Stipulation")). In light of the Stipulation, the Court sets an Order to Show Cause re Dismissal for October 30, 2024, at 1:30 p.m.

The Court further notes that Defendants 360 DG, LLC, Shelly Michel Archer, Trevor Hanks, and Leigh Ann Krohmer (collectively, "Defendants") still have not complied with the Local Rules' procedural requirements for applying to file documents under seal, despite being ordered to do so on May 14, 2024, (ECF No. 126); on June 7, 2024, (ECF No. 128); and during the hearing in this case on August 7, 2024. The Court hereby ORDERS Defendants to show cause for their failure to file a compliant sealing application and to cure this deficiency within seven (7) calendar days of the issuance of this Order.

If the parties file a dismissal by October 28, 2024, *and* Defendants cure their failure to comply with the Local Rules' sealing requirements, the matter will be taken off calendar and no appearance by counsel will be required on October 30, 2024. All other pending dates are vacated.

**IT IS SO ORDERED.**

: 

Initials of Preparer  pg