UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:21-cv-02114-SPG-DFM | Date | October 21, 2024 |
| Title | 360 DESTINATION GROUP FLORIDA, LLC v. 360 DG, LLC, *et al.* | | |

| Present: The Honorable | SHERILYN PEACE GARNETT  UNITED STATES DISTRICT JUDGE |
|---|---|

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceeding:**    **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE AGAINST DEFENDANTS**

On October 2, 2024, the Court ordered Defendants 360 DG, LLC, Shelly Michel Archer, Trevor Hanks, and Leigh Ann Krohmer (collectively, "Defendants") to show cause for their failure to file a compliant sealing application as ordered by the Court on May 14, 2024, (ECF No. 126); on June 7, 2024, (ECF No. 128); and during the hearing in this case on August 7, 2024. (ECF No. 151 ("Order to Show Cause")). The Court further ordered Defendants to cure this deficiency by October 9, 2024. (*Id.*). As of the date of this Order, Defendants have failed to respond in any way to the Order to Show Cause.

Accordingly, the Court ORDERS Defendants, within two (2) business days of the issuance of this Order, to show cause why they and/or their counsel should not be sanctioned for their months-long refusal to comply with the Local Rules and this Court's orders.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer    pg